IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOROTHY JACKSON,<br>    Plaintiff | : | CIVIL ACTION |
| v. | : | NO. 07-481 |
| J. LEWIS CROZER LIBRARY, et a.<br>    Defendants | : | |

## ORDER

AND NOW, this 31st day of August, 2010, following a bench trial and in accordance with my findings of fact and discussion, and in accordance with Federal Rule of Civil Procedure 58, judgment is hereby entered on behalf of the defendant and against the plaintiff.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

1